JOSEPH A. BRODERICK, AS SUPERINTENDENT OF BANKS OF THE STATE OF NEW YORK, APPELLANT, v. BENJAMIN ABRAMS ET AL., RESPONDENTS.

Argued May 23, 1934—Decided September 27, 1934.

For the appellant, *McDermott, Enright & Carpenter.*

For the respondents, *Bilder, Bilder & Kaufman, Otto Cooper, Abe J. David, Eichmann & Seiden, Gross & Gross, Sylvan Heilbrunn, Lichtenstein, Schwartz & Friedenberg, Aloysius McMahon, Perkins, Drewen & Nugent, Whittemore & McLean and Harrison & Roche.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 13.

*For reversal*—THE CHANCELLOR. 1.